JS-6 - CV 20-504 DSF (ASx)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CV 20-371 DSF (ASx) |
| Plaintiffs, | ORDER GRANTING CONSOLIDATION |
| v. | |
| U.S. BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants | |

The Joint Stipulation for Consolidation is approved. <u>California v. Stout</u>, CV 20-504 DSF (ASx) and <u>Center for Biological Diversity v. BLM</u>, CV 20-371 DSF (ASx) are consolidated. Plaintiffs in each case will retain the right to file separate briefs, keeping in mind that one purpose of consolidation is to avoid duplication.

JS-6 - CV 20-504 DSF (ASx)

All future documents will be filed in Case No. CV 20-371 DSF only. Case No. CV 20-504 DSF (ASx) is ordered to be administratively closed.

IT IS SO ORDERED.

Date: April 2, 2020

_____
Dale S. Fischer
United States District Judge